[No. 5351. Decided March 22, 1905.]

THE STATE OF WASHINGTON, on the Relation of Raine A. Small, Appellant, v. THOMAS C. FLEMING et al., Respondents.[1]

APPEAL—APPEALABLE ORDERS. An order sustaining a demurrer is not appealable.

Appeal from an order of the superior court for Snohomish county, Denney, J., entered February 13, 1904, sustaining a demurrer to a complaint. Dismissed.

*Merrick & Mills,* for appellant.

*Robert A. Hulbert,* for respondents.

PER CURIAM.—The respondents move to dismiss the appeal in this case upon the ground that the same is taken or sought to be taken from an order sustaining a demurrer

[1]Reported in 79 Pac. 1115.

to appellant's complaint. This court has repeatedly held that such an order is not appealable. *Potvin v. McCorvey,* 1 Wash. 389, 25 Pac. 330; *Olsen v. Newton,* 3 Wash. 429, 30 Pac. 450; *Mason County v. Dunbar,* 10 Wash. 163, 38 Pac. 1003; *Padley v. Gregg,* 26 Wash. 322, 67 Pac 72.

The motion must be granted, and the appeal is hereby dismissed.